No. 5280.—Dr. Rafael U. Lange, apldo., *v.* María del Carmen Lange Miranda et als., apltes.—C. D. Mayagüez. Abril 14, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Apareciendo que en la corte inferior está tramitándose la transcripción de las notas taquigráficas tomadas durante el incidente de que se trata en este recurso, no ha lugar a desestimar la apelación por el fundamento de que el apelante no ha radicado el récord dentro del término legal en el Tribunal Supremo, único motivo alegado en la moción.

No. 5130.—Quintana y Borges, apltes., *v.* Porras et al., apldos.—C. D. San Juan. Abril 21, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista la moción que antecede sobre desestimación de la presente apelación, sin asistencia de las partes, leída la moción del promovente radicada en el mismo día de la vista de la moción sobre desestimación, sin haberse notificado a la parte contraria, en la que se solicita permiso para radicar un alegato dentro de un período de cinco días sobre los méritos de la dicha moción para desestimar el recurso, examinado el alegato del apelante y no apareciendo por su faz claramente frívola la apelación referida, no ha lugar, por ahora, a la desestimación solicitada.

No. 4103.—El Pueblo, apldo., *v.* Quiñones, aplte.—C. D. Humacao. Abril 22, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista la moción que antecede sobre desestimación de la presente apelación, y habiendo el apelante justificado hasta cierto punto la falta de alegato, no ha lugar por ahora a la desestimación solicitada.